**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                       )
**OMAR DEGHAYES, et al.,**             )
                                       )
           Petitioners,                )
                                       )      No. 04-CV-2215 (RMC)
    v.                                 )
                                       )
**BARACK OBAMA, et al.,**              )
                                       )
           Respondents.                )
_____)

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that undersigned counsel, Zachary Katznelson, hereby withdraws his appearance as one of the counsel for Petitioners in the above-named matter.

Dated: October 7, 2009

Respectfully submitted,

_____
Zachary Katznelson
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640 (ph)
011 44 207 353 4641 (fax)
zachary@reprieve.org.uk

*Counsel for Petitioners*

1