# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAKER AAMER (ISN 239), NABIL HADJARAB (ISN 238), AND AHMED BELBACHA (ISN 290), Petitioners, v. BARACK H. OBAMA,[1] *et al.*, Respondents. | Civil Action Nos. 04-2215 (RMC) 05-1504 (RMC) 05-2349 (RMC) |

## ORDER

For the reasons stated in the Opinion issued simultaneously with this Order, it is hereby

**ORDERED** that the motions for preliminary injunction filed by Petitioners Shaker Aamer, Nabil Hadjarab, and Ahmed Belbacha[2] are **DENIED**.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

Date: July 16, 2013

                                                       /s/
ROSEMARY M. COLLYER
United States District Judge

---

[1] Former President George W. Bush was named as the original Respondent in this case. Pursuant to Federal Rule of Civil Procedure 25(d), his successor, President Barack H. Obama, is substituted.

[2] The Petitioners' identical motions for preliminary injunction are: Civil No. 04-2215 [Dkt. 212]; Civil No. 05-1504 [Dkt. 291]; and Civil No. 05-2349 [Dkt. 243].