IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAKER AAMER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 04-2215 (RMC) |
| ) | |
| BARACK OBAMA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**JOINT STATUS REPORT AND MOTION
TO CONTINUE SCHEDULED STATUS CONFERENCE**

On October 25, 2013, in response to the parties' request in their Joint Proposed Schedule, ECF No. 244 (Oct. 24, 2013), this Court vacated the close of discovery deadline in the above-captioned case, and ordered the parties to submit a joint status report on January 13, 2014. *See* Minute Order, Oct. 25, 2013. The parties respectfully submit this report in response to the Court's October 25, 2013 Minute Order.

In their Joint Proposed Schedule, the parties explained that they sought additional time to complete the discovery process because it had become apparent that searches of Task Force materials for the approximately eighteen additional witnesses would be required under the Amended CMO. *See* Joint Proposed Schedule, ECF No. 244 (Oct. 24, 2013). The parties asked the Court to vacate the then-scheduled close of discovery deadline, and to allow Respondents to update the Court regarding their progress. *Id.* Respondents indicated they could assess when they reasonably expected to be able to finish their production of responsive documents in the instant Joint Status Report. *Id.*

Respondents have now completed the majority of the required searches of Task Force materials. Respondents also have produced 45 additional documents to Petitioner's counsel. Respondents estimate that they will be able to process the remaining responsive documents for clearance and production, and to complete the searches for the remaining outstanding witnesses and process any additional responsive documents for clearance and production, in 90 days. Petitioner does not object to this timeframe, and the parties therefore request that the Court permit them to submit a Joint Status Report on April 14, 2014, to update the Court regarding any remaining outstanding discovery issues, including any requests under Amended CMO Section I.E.2 that may need to be addressed. Additionally, the parties respectfully request that the Court continue the status conference currently scheduled for January 21, 2014, because Respondents' above-discussed searches of Task Force materials, and their processing for clearance and production any responsive documents, remain ongoing.

Additionally, since the parties submitted their Joint Proposed Schedule, Respondents facilitated the travel of Petitioner's retained medical expert, Dr. Emily Keram to Guantanamo Bay from December 14 to 21, 2013, on the same Office of Military Commissions (OMC) flight as Petitioner's counsel consistent with this Court's December 11, 2013 Minute Order. As per the Court's December 4, 2013 Minute Order, Petitioner intends to submit a status report regarding Dr. Emily Keram's examination of Petitioner by February 6, 2014, within forty-five (45) days of her return from Guantanamo Bay, Cuba.

Dated: January 13, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

JOSEPH H. HUNT
(D.C. Bar No. 431134)
Branch Director

TERRY M. HENRY
Assistant Branch Director

 /s/ Julia A. Berman

DANIEL M. BARISH
    (D.C. Bar No. 448263)
JULIA A. BERMAN
    (D.C. Bar No. 986228)
KIM A. ROBBINS-SEGERS
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.,
Fifth Floor
Washington, D.C. 20530
Tel: (202) 616-8480
Fax: (202) 307-0442
Email: julia.berman@usdoj.gov

Attorneys for Respondents

_____
Clive A. Stafford Smith*
Reprieve, PO Box 72054
London EC3P 3BZ, England
Tel: +44 (0)20 7553 8140
Fax: +44 (0)20 7553 8189
Email: clive@reprieve.org.uk

Ramzi Kassem
*Supervising Attorney*
Humbert Wong
Shelby Sullivan-Bennis
*Law Student Interns*
**Main Street Legal Services, Inc.**
City University of New York School of Law
2 Court Square
Long Island City, NY 11101
(718) 340-4558

Counsel for Petitioner

* licensed in the State of Louisiana; admitted pro hac vice