**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SHAKER AAMER (ISN 239),** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Civil Action No. 04-2215 (RMC)** |
| **BARACK H. OBAMA, *et al.*,** | ) | |
| **Respondents.** | ) | |

**ORDER**

On October 25, 2013, the Court entered a Minute Order directing the parties to file a joint status report concerning the discovery process no later than January 13, 2014. The parties have filed such a report, Dkt. 249. According to their Joint Status Report, "Respondents have now completed the majority of the required searches of Task Force materials," and estimate that they will "complete the searches for the remaining outstanding witnesses" and process all outstanding responsive documents for clearance and production within ninety days, *id.* at 2. Petitioner does not object to this timeline. *Id.*

The parties therefore propose filing another Joint Status Report on April 14, 2014. This Joint Status Report will update the Court on any outstanding discovery issues, including any requests under Amended CMO Section I.E.2 that may need to be addressed. Joint Mot. to Continue [Dkt. 250] at 2. In addition, they ask that the status conference currently scheduled for January 21, 2014, be continued.

Finally, the Joint Status Report states that Respondents have facilitated the travel of Petitioner's retained medical expert, Dr. Emily Keram, to Guantanamo Bay that Petitioners first requested in their Motion to Compel Access to an Independent Medical Evaluation, Dkt.

242. Dr. Kearam apparently examined Petitioner from December 14 to 21, 2013, and Petitioner's counsel states that a status report regarding Dr. Keram's examination will be submitted to the Court no later than February 6, 2014. Jan. 13, 2014 Joint Status Report at 2.

Accordingly, it is hereby

**ORDERED** that the Joint Motion to Continue is **GRANTED**. The parties shall file a Joint Status Report concerning any outstanding discovery issues, including any requests under Amended CMO Section I.E.2 that may need to be addressed, no later than April 14, 2014; and it is

**FURTHER ORDERED** that the status conference scheduled for January 21, 2014, is **VACATED**. The Deputy Courtroom Clerk will contact the parties to reschedule the status conference for a date after April 14, 2014; and it is

**FURTHER ORDERED** that Petitioner shall file a status report regarding Dr. Emily Keram's examination of Petitioner no later than February 6, 2014; and it is

**FURTHER ORDERED** that Petitioner's Motion to Compel Access to an Independent Medical Evaluation, Dkt. 242, is **DENIED AS MOOT**.

/s/
ROSEMARY M. COLLYER
United States District Judge

Date: January 14, 2014