# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SHAKER AAMER,

    *Petitioner,*

v.

BARACK H. OBAMA, *et al.,*

    *Respondents.*

Case No. 04-CV-2215 (RMC)

## NOTICE OF WITHDRAWAL OF APPEARANCE

Undersigned counsel hereby notifies the Court that she is no longer employed by Main Street Legal Services, Inc., and is therefore no longer among counsel for Petitioner in the above-captioned matter.

Dated:    February 11, 2014

                                                    Respectfully submitted,

                                                    /s/
                                                  GOLNAZ FAKHIMI